**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

JEREMY D. JONES,

                                         Civil No. 25-4488 (JRT/JFD)

                Plaintiff,

v.

                                    **ORDER ADOPTING REPORT**

T. VAUGHT,                             **AND RECOMMENDATION**
*Warden – FCI Sandstone*,

                Defendant.

---

Jeremy D. Jones, FCI Sandstone, P.O. Box 1000., Sandstone, MN 55072, pro se plaintiff;

Ana H. Voss, Justin Merak Page, **UNITED STATES ATTORNEY'S OFFICE**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for Defendant.

Based upon the Report and Recommendation by United States Magistrate Judge John F. Docherty dated February 6, 2026 (Docket No. [5]), along with all the files and records, and because no objections to the Report and Recommendation have been filed,

**IT IS HEREBY ORDERED** that:

1.  The petition for a writ of habeas corpus filed by Petitioner Jeremy D. Jones (Docket No. [1]) be DENIED WITHOUT PREJUDICE; and

2.  The matter be DISMISSED.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

-2-

DATED: March 24, 2026                                    _____/s/ John R. Tunheim_____
at Minneapolis, Minnesota.                                    JOHN R. TUNHEIM
                                                                  United States District Judge